UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTINE EVAS,

    Plaintiff,

v.   Case No. 6:17-cv-1024-Orl-37TBS

CREDIT ONE BANK, N.A.,

    Defendant.
_____

## ORDER

In the instant action, Plaintiff asserts claims against Defendant for violations of the Telephone Consumer Protection Act and Florida's Consumer Collection Practices Act. (Doc. 1.) On September 26, 2017, the parties filed a joint stipulation to arbitrate Plaintiff's claims, representing that such claims are subject to the arbitration provision set forth in Plaintiff's cardholder agreement. (Doc. 17.) Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This action is **STAYED** pending arbitration.

2. The parties are directed to provide a status report to the Court on Wednesday, **December 27, 2017** and every ninety (90) days thereafter. The parties are further **DIRECTED** to immediately notify the Court upon conclusion of the arbitration proceedings.

3. The Clerk is **DIRECTED** to administratively close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 27, 2017.

-2-



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record